# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDI OF AMERICA, INC. An Organizational Unit of Volkswagen Group of America, Inc., A New Jersey Corporation,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>BRONSBERG & HUGHES PONTIAC, INC. d/b/a WYOMING VALLEY AUDI, a Pennsylvania Corporation,<br><br>    Defendant,<br><br>and<br><br>NORTH AMERICAN AUTOMOTIVE SERVICES, INC., an Illinois Corporation; NAPLETON WYOMING VALLEY IMPORTS, LLC, an Illinois Limited Liability Company; MILLENNIUM HOLDINGS, IV, LLC, a Pennsylvania Limited Liability Company; NAPLETON INVESTMENT PARTNERSHIP, LP, an Illinois Limited Partnership; and EFN WYOMING VALLEY PROPERTIES, LLC, an Illinois Limited Liability Company,<br><br>    Intervenor-Defendants/<br>    Counterclaim-Plaintiffs. | Case No. 3:16-cv-02470-JEJ-MCC |

## ORDER GRANTING MOTION TO AMEND INTERVENOR COMPLAINT TO ADD PARTIES

AND NOW, this _____ day of _____, 2017, upon consideration of Intervenor-Defendant/Counterclaim-Plaintiff North American Automotive Services, Inc.'s Motion to Amend Its Intervenor Complaint, and there being no

prejudice to Plaintiff/Counterclaim-Defendant Audi of America, Inc., it is ORDERED that Intervenor-Defendant/Counterclaim-Plaintiff's motion be, and hereby is, GRANTED.

The Clerk is directed to amend the docket and case information to reflect that Napleton Wyoming Valley Imports, LLC, Millennium Holdings IV, LLC, Napleton Investment Partnership, LP, and EFN Wyoming Valley Properties, LLC are Counterclaim-Plaintiffs to this action.

BY THE COURT:

_____