# BARACK FERRAZZANO

Barack Ferrazzano Kirschbaum & Nagelberg LLP

Owen H. Smith | T. 312.629.5125 | owen.smith@bfkn.com

November 15, 2017

**VIA CM/ECF**

Hon. John E. Jones III
United States District Court for the
Middle District of Pennsylvania
Ronald Reagan Federal Bldg. & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

    Re:   *Audi of America, Inc. v. Bronsberg & Hughes Pontiac, Inc.,*
             <u>Case No. 16-CV 2470 (JEJ-MCC)</u>

Dear Judge Jones:

      I write on behalf of Plaintiff Audi of America ("AoA") to inform the Court that AoA consents to Intervenor-Defendant North American Automotive Services, Inc.'s ("Napleton") Motion for Leave to Amend its Intervenor Complaint to add three additional Napleton-affiliated entities as parties. (Doc. 300.)

      AoA maintains its position that the Court should dismiss all counterclaims, including those of the three additional intervenor parties, for the reasons stated in AoA's papers supporting its Motion to Dismiss. (*See* Docs. 256, 285, 316.)

                                            Respectfully,

                                            Owen H. Smith

cc:    All Counsel of Record