# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUDI OF AMERICA, INC., | : | 3:16-cv-2470 |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| BRONSBERG & HUGHES PONTIAC, INC. d/b/a WYOMING VALLEY AUDI, | : | |
| Defendant. | : | |
| v. | : | |
| NORTH AMERICAN AUTOMOTIVE SERVICES, INC., NAPLETON ORLANDO IMPORTS, LLC, NAPLETON SANFORD IMPORTS, LLC, NAPLETON AUTOMOTIVE of URBANA, LLC, | : | |
| Intervenors. | : | |

## ORDER

### November 16, 2017

Presently pending before the Court is Intervenor-Defendant Napleton's motion for leave to amend its intervenor complaint to add parties. (Doc. 300). The Court is in receipt of a letter from counsel for Plaintiff Audi of America, Inc. indicating its consent to Napleton's motion. (Doc. 317).

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Napleton's motion for leave to amend its intervenor complaint (Doc. 300) is **GRANTED**.

2. The Clerk of Court **SHALL AMEND** the docket to include the following parties as counter-claim plaintiffs: Napleton Wyoming Valley Imports; Millennium Holdings, IV, LLC; Napleton Investment Partnership, LP; and EFN Wyoming Valley Properties, LLC.

s/ John E. Jones III  
John E. Jones III  
U. S. District Judge