# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : 
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, __David N. Wynn__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: c/o Arent Fox LLP

1675 Broadway

New York, NY 10019

Office Telephone: 212-484-3920

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York State Bar, June 1981

SDNY, EDNY (1982)

My attorney identification number is: 1730415

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

✓ SPECIAL ADMISSION:

GRANTED BY THE COURT [signature]   Date: 11-20-17