# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDI OF AMERICA, INC., An Organizational Unit of Volkswagen Group of America, Inc., A New Jersey Corporation, | |
| Plaintiff/Counter-Defendant, | Case No. 3:16-cv-02470 |
| v. | |
| BRONSBERG & HUGHES PONTIAC, INC., d/b/a WYOMING VALLEY AUDI, A Pennsylvania Corporation, | Hon. John E. Jones III |
| Defendant/Counter-Plaintiff, | |
| -and- | |
| NORTH AMERICAN AUTOMOTIVE SERVICES, INC., an Illinois Corporation; *et al.*, | |
| Defendants/Counter-Plaintiffs. | |

## AUDI OF AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING NAPLETON'S COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiff/Counter-Defendant Audi of America, Inc. ("AoA"), respectfully requests that the Court enter summary judgment in its favor and against Defendants/Counter-Plaintiffs North American Automotive Services, Inc., *et al.* ("Napleton"), on Napleton's remaining claims against AoA.

The bases for this summary judgment motion are set forth in AoA's contemporaneously-filed memorandum of law and Local Rule 56.1 statement of undisputed material facts.

**WHEREFORE**, for the reasons set forth in AoA's memorandum of law, AoA respectfully requests the Court to grant its motion and enter summary judgment in its favor and against Defendants/Counter-Plaintiffs Napleton on Napleton's remaining claims against AoA and for such additional and further relief as the Court deems proper.

Dated:  January 24, 2018                    Respectfully submitted,

                                               **AUDI OF AMERICA, INC**.
                                               An Organizational Unit of
                                               Volkswagen Group of America, Inc.

                                               By:   /s/Owen H. Smith
                                                      One of Its Attorneys

Thomas B. Schmidt, III (PA 19196)
Justin G. Weber (PA 89266)
Pepper Hamilton LLP
100 Market Street, Ste. 200
Harrisburg, Pennsylvania 17108
Ph:  717.255.1155
Email:  schmidtt@pepperlaw.com
Email:  hullt@pepperlaw.com

Randall L. Oyler (IL 6209675)
Owen H. Smith (IL 6307554 / NY 693627)
Brandon C. Prosansky (IL 6293582)
Caroline H. Sear (IL 6317527)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison, Ste. 3900
Chicago, Illinois 60606
Ph: 312.984.3100
Email:  randall.oyler@bfkn.com
Email:  owen.smith@bfkn.com
Email:  brandon.prosansky@bfkn.com
Email:  carrie.sear@bfkn.com
   *Admitted Pro Hac Vice*

*Attorneys for Audi of America, Inc.,*
*An Organizational Unit of Volkswagen Group of America, Inc.*

## **Certificate Pursuant to Local Rule 7.1**

I, Owen H. Smith, hereby certify that I, on behalf of Plaintiff Audi of America, Inc., have attempted to obtain concurrence from all counsel of record in the instant Motion under Local Rule 7.1, and that, as of the time of filing, Defendants' counsel do not concur.

                                                  /s/Owen H. Smith

## **CERTIFICATE OF SERVICE**

    I, Owen H. Smith, an attorney, certify that on January 24, 2018, a true and correct copy of the foregoing was filed through the Court's Electronic Case Filing (ECF) system upon all counsel of record.

                                        /s/Owen H. Smith