**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AUDI OF AMERICA, INC., An Organizational Unit of Volkswagen Group of America, Inc., A New Jersey Corporation,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>BRONSBERG & HUGHES PONTIAC, INC. d/b/a WYOMING VALLEY AUDI, a Pennsylvania Corporation,<br><br>    Defendant,<br><br>and<br><br>NORTH AMERICAN AUTOMOTIVE SERVICES, INC., an Illinois Corporation; NAPLETON WYOMING VALLEY IMPORTS, LLC, an Illinois Limited Liability Company; MILLENNIUM HOLDINGS, IV, LLC, a Pennsylvania Limited Liability Company; NAPLETON INVESTMENT PARTNERSHIP, LP, an Illinois Limited Partnership; and EFN WYOMING VALLEY PROPERTIES, LLC, an Illinois Limited Liability Company,<br><br>    Intervenor-Defendants/ Counterclaim-Plaintiffs. | Case No. 3:16-cv-02470-JEJ-MCC<br><br>**STIPULATION AND [PROPOSED] ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |

Plaintiff/Counterclaim-Defendant Audi of America, Inc. ("AoA"), an organizational unit of Volkswagen Group of America, Inc. ("VWGoA"), and Intervenor-Defendants/Counterclaim-Plaintiffs North American Automotive Services, Inc., Napleton Wyoming Valley Imports, LLC, Millennium Holdings,

IV, LLC, Napleton Investment Partnership, LP, and EFN Wyoming Valley Properties, LLC (collectively "Napleton"), hereby stipulate and agree through their undersigned attorneys:

1. The First, Second, and Seventh Causes of Action set forth in Napleton's Answer and Counterclaims against VWGoA (Doc. 219) (the "Statutory Claims") are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, and without costs, disbursements or fees to either side;

2. Napleton agrees not to reassert the Statutory Claims in this or any other forum, subject to the limited exception set forth in Paragraph 3 below;

3. If AoA's affirmative claims are reinstated on appeal, or AoA otherwise obtains relief from the Court's February 16, 2018 Order (Doc. 479), or if AoA is otherwise able to assert in this or any other forum that it continues to have a right of first refusal relating to the Wyoming Valley Audi dealership assets as a result of the Asset and Real Estate Purchase Agreement, dated July 11, 2016, as amended, then, <u>only in that instance</u>, Napleton will not be foreclosed from reasserting its Statutory Claims in response to such arguments or claims, regardless of any applicable limitations period;

4. Should Napleton reassert its Statutory Claims pursuant to the limited exception set forth in Paragraph 3, Napleton shall only reassert claims identical to

the Statutory Claims and shall not assert any additional, altered or amended claims without leave of court, and AoA reserves all of its rights and arguments in the event Napleton makes any request or motion for leave to amend the counterclaims generally and/or the Statutory Claims specifically; and

5. Faxed or emailed signatures hereon shall be deemed originals for all purposes.

Dated:     March 9, 2017

**STIPULATED AND AGREED:**

| | |
|---|---|
| **INTERVENORS/COUNTERCLAIM PLAINTIFFS NORTH AMERICAN AUTOMOTIVE SERVICES, INC., ET AL.** | **VOLKSWAGEN GROUP OF AMERICA, INC.** |
| By their attorneys, | By its attorneys, |
| **ARENT FOX LLP** | **BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP** |
| By: _____ | By: _____ |
| Russell P. McRory (*pro hac vice*) | Randall L. Oyler (*pro hac vice*) |
| James M. Westerlind (*pro hac vice*) | Owen H. Smith (*pro hac vice*) |
| 1675 Broadway | 200 W. Madison, Suite 3900 |
| New York, New York 10022 | Chicago, Illinois 60606 |
| (212) 484-3900 | (312) 984-3100 |
| russell.mcrory@arentfox.com | randall.oyler@bfkn.com |
| | owen.smith@bfkn.com |

3

**DEFENDANT BRONSBERG & HUGHES PONTIAC, INC.**

By their attorneys,

**FREEBORN & PETERS LLP**

By: _____
David C. Gustman (*pro hac vice*)
311 South Wacker, Suite 3000
Chicago, Illinois 60606
(312) 360-6000
dgustman@freeborn.com

**SO ORDERED:**


_____
Hon. John E. Jones III
United States District Judge

4